# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL – FORFEITURE EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>Anton Joseph Lazzaro,<br>                    Defendant. | **COURT MINUTES**<br>Case Number: 21-CR-0173 (PJS/DTS) |

| | |
|---|---|
| Date: | April 3, 2023 |
| Court Reporter: | Paula Richter |
| Tape Number: | |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:53 a.m. |
| Time Concluded: | 9:12 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | Hours & 19 Minutes |

Trial before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

Plaintiff:     Melinda Williams, Laura Provinzino, Emily Polochek, Assistant U.S. Attorney
Defendant:  Daniel Gerdts, Thomas Beito for Anton Joseph Lazzaro     ☐ FPD ☐ CJA ☒ Retained

Interpreter / Language:    /

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began**.
- ☒ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☐ **JURY Trial Held.**
- ☒ Defendant waived jury for forfeiture proceeding.
- ☒ Forfeiture Evidentiary Hearing held.
- ☒ Plaintiff's witnesses: Special Agent Richard Waller
- ☒ Plaintiff's exhibits B9a, B9b and J19 admitted.
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Instruction conference.
- ☐ Jury received case at
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at:
  - ☐ Guilty as to Count(s).
  - ☐ Not Guilty as to Count(s).

- ☐ Court's Ruling:
  - ☐ Guilty as to Count(s).
  - ☐ Not Guilty as to Count(s).

## IT IS ORDERED:

- ☐ Oral motion for judgment of acquittal is .
- ☐ Clerk to file verdict.
- ☐ Written order forthcoming regarding Court's ruling.
- ☒ Presentence Investigation and Report requested.
- ☒ **~Util-Set/Reset Hearings - Sentencing is scheduled for Wednesday, August 9, 2023 at 9:00 a.m.**
- ☒ Defendant remanded to the custody of the U.S. Marshal.
- ☐ Present bond continued.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☒ Exhibits returned to counsel or parties.

_____s/C. Glover_____<br>
Signature of Courtroom Deputy

M:\templates\CR Trial - Art III wpt          Template Updated 11/29/11