UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173 (PJS/DTS)

UNITED STATES OF AMERICA

v.

ANTON JOSEPH LAZZARO

**GOVERNMENT'S EXHIBIT LIST**

| PRESIDING JUDGE<br>The Honorable Patrick J. Schiltz, Chief United States District Judge | GOVERNMENT'S COUNSEL<br>Laura M. Provinzino, AUSA<br>Emily A. Polachek, AUSA<br>Melinda A. Williams, AUSA | DEFENDANT'S COUNSEL<br>Daniel Gerdts, Esq.<br>Thomas Beito, Esq. |
|---|---|---|
| TRIAL DATE<br>March 21, 2023 | COURT REPORTER<br>Paula Richter | COURTROOM DEPUTY<br>Caryn Glover |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
|  | | | | **Gabbie (Minor Victim A)** |
| A-1 | 3/23 | X | X | Photo of Gabbie |
| A-2 | 3/27 | X | X | Birth Certificate (physical exhibit) |
| A-2a | 3/27 | X | X | Photo of Birth Certificate |
| A-3 | 3/23 | X | X | May 13, 2020 Snapchat memories photo of Gabbie in Lazzaro's condo (Castro Medina Snapchat) |
| A-4 | 3/23 | X | X | May 13, 2020 Snapchat memories video of Castro Medina and Gabbie at Lazzaro condo, audio redacted (Lazzaro Snapchat "tonygop") |
| A-5 | 3/23 | X | X | May 14, 2020 text conversation between Gabbie and Castro Medina with link to Hotel Ivy website "ask him to bring us to Minneapolis" (Cellebrite extraction from Gabbie's iPhone 7) |
| A-6 | 3/23 | X | X | May 14, 2020 text message from Lazzaro to Castro Medina and Gabbie "I don't fuck around" with Lazzaro posing with cash (Cellebrite extraction from Gabbie's iPhone 7) |
| A-7 | 3/23 | X | X | May 14, 2020 Snapchat screenshot of Gabbie and Castro Medina holding $100 bills in car, "you hoes don't got shit on me" (Castro Medina Snapchat) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| A-8 | 3/23 | X | X | May 14, 2020 text conversation between Gabbie and Castro Medina "why didnt we get that stack" "bc we didnt make out" (Cellebrite extraction from Gabbie's iPhone 7) |
| A-9 | 3/28 | X | X | May 15, 2020 text message conversation (Lazzaro, Castro Medina, and Gabbie) "ya'll should swing by tonight," (Cellebrite extraction from Gabbie's iPhone 7) |
| A-10 | 3/23 3/27 | Cond. X | X | May 15, 2020 text message conversation (Lazzaro, Castro Medina, and Gabbie) Lazzaro: "good if I get an Uber at like 8ish? Finishing somein up now" (Cellebrite extraction from Gabbie's iPhone 7) |
| A-11 | 3/28 | X | X | May 15, 2020 Screenshot of Uber transaction sent from Lazzaro to Gabbie and Castro Medina (Cellebrite extraction of Gabbie's iPhone 7) |
| A-12 | 3/23 | X | X | May 15, 2020 Snapchat memories video of Gabbie and Castro Medina kissing, Lazzaro: "There we go" (Lazzaro Snapchat "tonygop") |
| A-13 | 3/28 | X | X | May 18, 2020 text communication between Gabbie, Castro Medina, and Lazzaro "i'm getting a new phone first actually" "lol how come, the parents thing?" (Cellebrite extraction from Gabbie's iPhone 7) |
| A-14 | 3/28 | X | X | May 20-21, 2020 Snapchat communication between Lazzaro and Gabbie (providing address) (Lazzaro Snapchat "tonygop") |
| A-15 | | | | July 26, 2020 Snapchat photo of Gabbie, Emily, Castro Medina (Castro Medina Snapchat) |
| A-16 | | | | July 27, 2020 Snapchat "selfie" of Lazzaro (Seeking Arrangement profile picture), sent from Castro Medina to Gabbie (Castro Medina Snapchat) |
| A-17 | 3/27 | X | X | Gabbie and Lazzaro messages on July 29, 2020 |
| **Ellie (Minor Victim B)** | | | | |
| B-1 | 3/24 | X | X | Photo of Ellie |
| B-2 | 3/27 | X | X | Birth Certificate (physical exhibit) |
| B-2a | 3/27 | X | X | Photo of Birth Certificate |
| B-3 | 3/24 | X | X | Photo of Tatum |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| B-4 | | | | May 27, 2020 Snapchat message from Castro Medina to Tatum, video of Puff bar (Castro Medina Snapchat "@giiselamedina") |
| B-5 | 3/24 | X | X | June 5, 2020 Snapchat message from Lazzaro to Tatum, "Say Tony unit 1920" (Lazzaro Snapchat "tonygop") |
| B-6 | 3/24 | X | X | June 6, 2020 Snapchat memories video of Tatum and Ellie in Lazzaro's condo rolling on floor (Lazzaro Snapchat "tonygop") |
| B-7 | 3/24 | X | X | June 6, 2020 Snapchat memories video of Tatum and Ellie in Lazzaro's condo, Lazzaro's voice (Lazzaro Snapchat "tonygop") |
| B-7a | 3/29 | X | X | Copy of Exhibit B-7 that Lazzaro sent to Charles Bittman on What'sApp (Charles Bittman iPhone) |
| B-8 | 3/24 | X | X | June 6, 2020 video of Mackenzie, Ellie, and Tatum at Lazzaro's condo (Tatum's phone) |
| B-9a | | | | June 6, 2020 text communication between Ellie and Tatum (Cellebrite extraction from Lazzaro's iPhone 6) |
| B-9b | | | | June 6, 2020 text communication between Ellie and Lazzaro (Cellebrite extraction from Lazzaro's iPhone 6) |
| B-10 | 3/24 | X | X | June 24, 2020 Snapchat communication between Lazzaro and Ellie, "Haha just say Tony/ Condo 1920" (Lazzaro Snapchat "tonygop") |
| B-11 | 3/24 | X | X | June 24, 2020 video of Tatum, Ellie, and Elsa in parking lot across from Hotel Ivy (Tatum's phone) |
| B-12 | 3/28 | X | X | June 24, 2020 Sephora purchase record, $499.07 by Lazzaro, order number 29734961485 |
| B-13 | 3/24 | X | X | June 24, 2020 Snapchat message from Lazzaro to Tatum showing image of online Sephora purchase, order number 29734961485 (Lazzaro Snapchat "tonygop") |
| B-14 | | | | July 16, 2020 – August 5, 2020 Snapchat communications between Lazzaro and Ellie (23 contacts, no content) (Lazzaro Snapchat "tonygop") |
| B-15 | 3/24 | X | X | Video taken by Ellie of Tatum counting money at Lazzaro's condo (Tatum's phone) |
| **Emily (Minor Victim C)** | | | | |
| C-1 | 3/22 | X | X | Photo of Emily |
| C-2 | 3/27 | X | X | Birth Certificate (physical exhibit) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| C-2a | 3/27 | X | X | Photo of Birth Certificate |
| C-3 | 3/22 | X | X | Emily's Instagram biography page |
| C-4 | | | | |
| C-5 | 3/22 | X | X | Photograph of Custom Cut & Color in St. Michael, Minnesota (921 Central Ave E #9618, St Michael, MN 55376) |
| C-6 | 3/22 | X | X | March 18, 2020 Snapchat communication from Castro Medina to Emily "my ex I had for a year and half" (Castro Medina Snapchat "@giiselamedina") |
| C-7 | 3/22 | X | X | March 20, 2020 Snapchat communication from Emily to Castro Medina "they don't deserve you, you're too good for them" (Castro Medina Snapchat "@giiselamedina") |
| C-8 | 3/22 | X | X | June 2, 2020 Snapchat communication from Castro Medina to Emily, sending photos of Lazzaro (Castro Medina Snapchat "@giiselamedina") |
| C-9 | | | | |
| C-10 | 3/22 | X | X | August 9, 2020 "live" photo of Molly, Emily, and Bella at Hotel Ivy elevator bank (Cellebrite extraction from Molly's iPhone 8 plus) |
| C-10a | 3/22 | X | X | August 9, 2020 Still shot from "live" photo of Molly, Emily, and Bella at Hotel Ivy elevator bank (Exhibit C-10) |
| C-11 | 3/24 | X | X | August 9, 2020 photo looking out window of Lazzaro's condo, taken by Molly |
| C-12 | 3/24 | X | X | August 9, 2020 "live" selfie photo of Molly, Emily, and Bella taken at Lazzaro's condo (Cellebrite extraction from Molly's iPhone 8 plus) |
| C-12a | 3/24 | X | X | Still shot from "live" selfie photo of Molly, Emily, and Bella taken at Lazzaro's condo (Exhibit C-12) |
| C-13 | 3/28 | X | X | August 9, 2020 iPhone Geotag records for "live" photos taken at Hotel Ivy in C-10 and C-12 (Cellebrite extraction from Molly's iPhone 8 plus) |
| C-14 | 3/24 | X | X | August 9, 2020 photo of Bella in Lazzaro's massage chair |
| C-15 | 3/22 | X | X | August 9, 2020 photo of Molly holding gun at Lazzaro's condo |
| C-16 | 3/22 | X | X | August 9, 2020 photo of Bella holding gun at Lazzaro's condo |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| C-17 | 3/22 | X | X | August 9, 2020 photo of Molly holding five $100 bills from Lazzaro |
| C-18 | 3/24 | X | X | August 9, 2020 photo of Molly, Emily, and Bella, "Were safe" sent from Molly to Chloe |
| C-19 | 3/22 | X | X | August 18, 2020 Snapchat communication between Lazzaro and Emily, providing address in St. Michael, MN (Lazzaro Snapchat "tonygop") |
| C-20 | 3/28 | X | X | August 19, 2020 video of Emily in Lazzaro's bathroom at 1:05 a.m. (Chloe's iPhone 6) |
| C-21 | 3/22 | X | X | August 31, 2020 Christie Cab Dispatch Logs prepared by Heather Wuollet (pickup Custom Cut & Color, drop off Hotel Ivy, $67.10) |
| C-22 | | | | |
| C-23 | 3/22 | X | X | Photo of Chloe dated January 25, 2021 (from Cellebrite extraction from Chloe's iPhone X) |
| C-24 | | | | Birth Certificate of Chloe (physical exhibit) |
| C-24a | | | | Photo of Chloe's Birth Certificate |
| C-25 | | | | August 31, 2020 – November 11, 2020 Snapchat communication between Lazzaro and Chloe (Lazzaro Snapchat "tonygop") |
| C-25a | | | | September 16, 2020 Snapchat video of Puff Bars sent from Lazzaro to Chole (in Exhibit C-25 Snapchat conversation) (Lazzaro's Snapchat tonygop) |
| C-26 | 3/22 | X | X | Photo of Molly |
| C-27 | | | | Birth Certificate of Molly (physical exhibit) |
| C-27a | | | | Photo of Molly's Birth Certificate |
| C-28 | 3/24 | X | X | August 9, 2020 Snapchat communications from Molly to Lazzaro (2 images sent, no content) (Lazzaro Snapchat "tonygop") |
| C-29 | | | | October 24, 2020 Snapchat communication from Molly to Lazzaro "…hope your feeling better !!" (Lazzaro Snapchat "tonygop") |
| C-30 | 3/24 | X | X | August 5, 2021 Venmo payment from Lazzaro to Molly (using Jazmyne account) |
| C-31 | 3/22 | X | X | Photo of Bella |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| C-32 | | | | Photo of Malia |
| C-33 | 3/29 | | | July 2, 2020 Snapchat communication from Castro Medina @giiselamedina to Malia: "@tonygop here u go enjoy" (Castro Medina Snapchat "@giiselamedina) |
| C-34 | 3/29 | X | X | September 11, 2020 Snapchat communication from Lazzaro @tonygop to Malia "201 s 11th Street Minneapolis MN 55403" (Lazzaro Snapchat "tonygop") |
| C-35 | 3/28 | X | X | Photograph of 2018 Cadillac CT6 |
| Stella (Minor Victim D) | | | | |
| D-1 | 3/27 | X | X | Photo of Stella |
| D-2 | 3/27 | X | X | Birth Certificate (physical exhibit) |
| D-2a | 3/27 | X | X | Photo of Stella's Birth Certificate |
| D-3 | 3/27 | X | X | May 21, 2020 photo of Stella (top) and Estella (bottom) (Stella's iPhone 7 plus) |
| D-4 | 3/27 | X | X | August 16, 2020 photo of (left to right) Stella, Estella, and Ella (Stella's iPhone 7 plus) |
| D-5 | 3/27 | X | X | September 4, 2020 group text conversation between Stella, Estella, and Ella "Could y pick me after school and then we could meet estella at the mall ?" (Stella's iPhone 7) |
| D-6 | 3/27 | X | X | September 4, 2020 text conversation between Stella and Estella at Mall of America, "guys I'm scared" (Stella's iPhone 7) |
| D-7 | 3/27 | X | X | September 11, 2020 text conversation between Stella and Estella "did you text it?" "im scared" (Stella's iPhone 7) |
| D-8 | 3/27 | X | X | September 25, 2020 Snapchat communication from Lazzaro to Stella "Tell front desk Tony unit 1920" (Lazzaro Snapchat "tonygop") |
| D-9 | | | | September 25, 2020 text conversation between Stella and Ella (using Estella's phone) outside Lazzaro's condo "you guys good?" (Stella's iPhone 7) |
| D-10 | 3/27 | X | X | September 26, 2020 text conversation between Stella and Estella "can we go to Tony's again tn" (Stella's iPhone 11) |
| D-11 | 3/27 | X | X | September 29, 2020 screenshot of Stella holding "Peach Ice" Puff Bar from Lazzaro |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| D-12 | 3/27 | X | X | September 30, 2020 text conversation between Stella and Estella "are u at Tony's?" "got some shmoney" (Stella's iPhone 11) |
| D-13 | 3/27 | X | X | October 6, 2020 text conversation between Stella and Ella "are u going to tonys today" (Stella's iPhone 11) |
| D-14 | 3/27 | X | X | October 12, 2020 text conversation between Stella and Estella "dude we need to see tony soon" "I'm so broke" (Stella's iPhone 11) |
| D-15 | 3/27 | X | X | October 12, 2020 text conversation between Stella and Estella "ask Tony when he can next" (Stella's iPhone 11) |
| **Estella (Minor Victim E)** | | | | |
| E-1 | 3/27 | X | X | Photo of Estella |
| E-2 | 3/27 | X | X | Birth Certificate (physical exhibit) |
| E-2a | 3/27 | X | X | Photo of Estella's Birth Certificate |
| E-3 | 3/23 | X | X | August 17, 2020 Snapchat communication between Castro Medina and Estella, sending photos of Lazzaro to Estella (Castro Medina Snapchat "@giiselamedina") |
| E-4 | 3/28 | X | X | September 4, 2020 Prada transaction records, $1290 plus tax (Nordstrom financial record) |
| E-5 | 3/28 | X | X | September 4, 2020 Prada transaction records (Prada financial record) |
| E-6 | 3/27 | X | X | Prada purse with authenticity certificate (physical exhibit) |
| E-6a | 3/28 | X | X | Photo of Prada purse and authenticity certificate (Exhibit E-6) |
| E-7 | 3/27 | X | X | September 4, 2020 Prada store surveillance video Camera 1 – 6:45-10:00 |
| E-7a | 3/27 | X | X | Still shot from Prada store surveillance video Camera 1 (Exhibit E-7) |
| E-8 | 3/27 | X | X | September 4, 2020 Prada store surveillance video Camera 2 – 8:16 – 9:31 |
| E-8a | 3/27 | X | X | Still shot from Prada store surveillance video Camera 2 (Exhibit E-8) |
| E-9 | 3/27 | X | X | September 4, 2020 Prada store surveillance video Camera 5 – 9:30-11:00 |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| E-9a | 3/27 | X | X | Still shot from Prada store surveillance video Camera 5 (Exhibit E-9) |
| E-10 | 3/27 | X | X | October 1, 2020 Snapchat messages from Estella to Lazzaro with Jordan sneaker photos (Lazzaro Snapchat "tonygop") |
| E-11 | 3/27 | X | X | Photo of Mushroom Jordan 4s Estella purchased with money from Lazzaro |
| **Andrew (AJ) Giese (F)** | | | | |
| F-1 | 3/23 | X | X | Photo of Andrew Giese |
| F-2 | | | | August 7 – 9, 2020 Snapchat communication between Hailey and Lazzaro "Go into the hotel say youre . . . Visiting a resident – Tony / condo#1920" (Lazzaro Snapchat "tonygop") |
| F-3 | 3/23 | X | X | December 17, 2020 photo of Giese in Lazzaro's bathroom, "Imagine being rich and having a mini tv in the mirror" |
| F-4 | 3/28 | X | X | December 18, 2020 Wells Fargo (615 N 7th Street, Minneapolis) deposit by Andrew Giese (Certified FinCEN Currency Transaction Report) |
| F-5 | | | | January 22, 2021 photo of Giese and Castro Medina in Lazzaro's condo |
| F-6 | 3/23 3/28 | Cond. X | X | August 11, 2021 Video of Giese and Castro Medina after Lazzaro sent $1500 via Venmo: "Time to buy margaritas" |
| **Gisela Castro Medina (G)** | | | | |
| G-1 | 3/22 | X | X | Photo of Gisela Castro Medina |
| G-2 | 3/23 | X | X | May 12, 2020 Snapchat screenshot of $50 Venmo payment to Castro Medina: "No way someone sent me $50 for a cheeseburger" |
| G-3 | 3/23 | X | X | May 12, 2020 Snapchat memory of Castro Medina showing her in a car with Gabbie (Castro Medina Snapchat "giiselamedina") |
| G-4 | 3/23 | X | X | May 12, 2020 Snapchat audio from Castro Medina to a friend, "It's called SeekingArrangements. . . We just ask like hey could you Venmo me money for a cheeseburger..." (Castro Medina Snapchat "giiselamedina") |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| G-5 | 3/23 | X | X | May 12, 2020 Snapchat memory of Castro Medina showing her carrying $100 bill (Castro Medina Snapchat "giiselamedina") |
| G-6 | 3/28 | X | X | May 13, 2020 Snapchat message from Castro Medina to Lazzaro, texting address in Maple Plain, MN (Castro Medina Snapchat "giiselamedina") |
| G-7 | 3/23 | X | X | May 13, 2020 Snapchat memory of Castro Medina showing cash on her lap (Castro Medina Snapchat "giiselamedina") |
| G-8 | 3/23 3/27 | Cond. X | X | May 20, 2020 text communication between Castro Medina, Gabbie, and Lazzaro, "tony, can u send gabbie home w bottle of champagne?" (Axiom extraction of Castro Medina's iPhone 11) |
| G-9 | 3/23 | X | X | May 20, 2020 Snapchat memories video of Castro Medina with a bottle of champagne counting $100 from Lazzaro (Castro Medina Snapchat "giiselamedina") |
| G-10 | 3/23 | X | X | May 21, 2020 Snapchat messages from Castro Medina to @cassandrahockey "gabbie and I went to a sugar daddy's house" "…he sent an envelope w money for me to her" "and I wasn't even there" "does that make me a pimp" (Castro Medina Snapchat "giiselamedina") |
| G-11 | 3/23 | | | May 28, 2020 text communication between Castro Medina, Gabbie, and Lazzaro "tony could you venmo us $80 bc we picked out clothes at a store but we don't have enough money on your card" (Axiom extraction of Castro Medina's iPhone 11) |
| G-12 | 3/23 | | | June 20, 2020 Snapchat photos of Lazzaro sent by Castro Medina to @cassandrahockey (Castro Medina Snapchat "giiselamedina") |
| G-13 | | | | June 21, 2020 Snapchat messages from Castro Medina to Lazzaro, "sugardaddyspecial" (Castro Medina Snapchat "giiselamedina") |
| G-14 | 3/23 3/28 | | | November 9, 2020 WhatsApp messages between Castro Medina, Ben, and Lazzaro "I'm not answering you because you're acting as dumb as the 15 year old girls you prey on" (Axiom Extraction from Castro Medina's iPhone 11) |
| G-15 | 3/28 | X | X | November 20, 2020 WhatsApp messages between Lazzaro, Yele, and Castro Medina "no paycheck until Ann is mine" (Axiom extraction of Castro Medina's iPhone 11) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| G-16 | 3/23 3/27 | Cond. X | X | November 25, 2020 WhatsApp messages between Lazzaro, Yele, and Castro Medina "you're only as old as the girls u sleep with" (Axiom extraction of Castro Medina's iPhone 11) |
| G-17 | 3/23 | X | X | December 8, 2020 screenshot Castro Medina sends Lazzaro for $5,384.44 tuition balance due (Axiom Extraction from Castro Medina's iPhone 11) |
| G-18 | | | | December 14, 2020 Target Letter to Gisela Castro Medina |
| G-19 | | | | December 14, 2020 Target Letter to Anton Lazzaro |
| G-20 | 3/23 | X | X | December 13, 2020 Screenshot of Castro Medina's WhatsApp communication, Lazzaro saved as "larry parry" with phone number 310-487-3658 (Axiom Extraction from Castro Medina's iPhone 11) |
| G-21 | 3/23 3/28 | Cond. X | X | May 14, 2020 Snapchat communication from Castro Medina to "courtneyjayy11" ". . . I have a confession" "I fucked . . . this man" "and got paid $800 for it"(Castro Medina Snapchat "@giiselamedina) |
| G-22 | 3/23 3/28 | Cond. X | X | June 4, 2020 Snapchat communication from Castro Medina to Nick Lucking ("hockeybeast1111") "so j hit her up and be like do u want a sugar daddy?" "http://antonlazzaro.com/" (Castro Medina Snapchat "@giiselamedina) |
| G-23 | 3/28 | X | X | June 1, 2020 Internet Archive www.antonlazzaro.com |
| G-24 | | | | June 6, 2020 Snapchat communication from Castro Medina to "maltez_anna" ". . . Rolex watches . . ." "my sugar daddy has tons of them in his condo" (Castro Medina Snapchat "@giiselamedina) |
| G-25 | 3/28 | X | X | June 24, 2020 Snapchat communication from Castro Medina to "elel97": "he pays well" "u can google him at antonlazzaro.com" (Castro Medina Snapchat "@giiselamedina") |
| G-26 | | | | July 2, 2020 Internet Archive www.antonlazzaro.com |
| G-27 | 3/28 | X | X | July 24, 2020 Snapchat communication from Castro Medina to "lexibaz13" "so how good of a girl are you actually tho" "antonlazzaro.com" (Castro Medina Snapchat "@giiselamedina") |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| G-28 | 3/23 | X | X | August 25, 2020 Snapchat communication from Castro Medina to "dhess2019" "u know any hot girls who want a sugar daddy, bc mine wants more sugar babies" (Castro Medina Snapchat "@giiselamedina") |
| G-29 | 3/23 3/28 | Cond. X | X | October 16, 2020 Snapchat communication from Castro Medina to "gpugh106" "I'll give him ur snap" "…FUCK NO THAT'S SO SCARY" (Castro Medina Snapchat "@giiselamedina") |
| G-30 | 3/23 3/28 | Cond. X | X | October 28, 2020 Snapchat communication from Castro Medina to "calshage13" "my sugar daddy saw u on insta and wants to meet u" "he gives me like $10k a month" (Castro Medina Snapchat "@giiselamedina") |
| G-31 | 3/28 | X | X | Photos of search warrant at Castro Medina's dorm room University of St. Thomas (December 15, 2020) |
| G-32 | 3/23 | X | X | Photographs of 2015 red Mini Cooper Lazzaro purchased for Castro Medina |
| G-33 | 3/23 | X | X | Photo of Lazzaro's condo taken from Castro Medina's Snapchat |
| G-34 | 3/28 | X | X | Castro Medina's iPhone 11 |
| G-35 | 3/29 | | | Messages between Castro Medina and Lazzaro – "wolves and sheep" (Axiom Extraction from Castro Medina's iPhone 11) |
| **Lazzaro's Google Pixel (H)** | | | | |
| H-1 | 3/28 | X | X | Contact information found in Lazzaro's Google Pixel (Emily, Gabbie, Gisela, Estella, Chloe, Molly, Bella, Ellie, Paige, Tatum, AJ, Nick, Ben Soberg) |
| H-2 | 3/29 | X | X | January 4, 2021 text messages with Sesame Riquelme, "You still follow about 50 underage girls" |
| H-3 | 3/28 | X | X | January 18, 2021 text messages between Lazzaro and AJ Giese, "Hey bro can you send me all the raunchy shit from Gabbie's IG?" "…yessir I got them" |
| H-4 | 3/28 | X | X | January 23, 2021 text message from Lazzaro to AJ Giese "This was Gisela last night at Nordstroms" |
| H-5 | 3/29 | X | X | February 23, 2021 text messages between Lazzaro and Chris Adams "I love how the DOJ thinks friends introducing you to friends is sex trafficking" "Well… can you blame them? Lol" "When your age bracket is 16-18" "A lot of red flags are raised at that point" |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| H-6 | 3/28 | X | X | July 14, 2021 text messages with "Maddie Real Estate": "Daddy is always proud of you." |
| H-7a | 3/28 | X | X | July 15, 2021 text messages between Lazzaro and "Maddie Real Estate": "I had a uhm, small problem of my own with the FBI..." "Involving underage girls??" (redacted) |
| H-7b | 3/28 | X | X | July 15, 2021 text messages between Lazzaro and "Maddie Real Estate": "How did you meet all these young people?" "Same girl" "She is quite shall we say, influential" (redacted) |
|  | | | | |

| | | | | |
|---|---|---|---|---|
| colspan="5" style="text-align:center" | **Experts (I)** | | | |
| I-1 | | | | CV – Sharon Cooper, M.D. |
| I-2 | 3/22 | demonstrative | | Adverse Childhood Experiences Pyramid (Dr. Cooper) (Demonstrative) |
| I-3 | 3/22 | demonstrative | | Brain Development Chart (Dr. Cooper) (Demonstrative) |
| I-4 | | | | CV – Vicki Klemz |
| I-5 | | | | CV – Cary Johansen |
| I-6 | | | | CV – Nicole Lopez |
| I-7 | 3/24 | X | X | CAST Report |
| colspan="5" style="text-align:center" | **Lazzaro Hotel Ivy Condo Search Warrant (December 15, 2020) (J)** | | | |
| J-1 | 3/28 | X | X | Diagram of Lazzaro's condo at Hotel Ivy |
| J-2 | 3/23 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Entrance and Elevators |
| J-3 | 3/23 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Front Door and Knocker |
| J-4 | 3/23 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Entryway |
| J-5 | 3/22 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Main Room/Fireplace |
| J-6 | 3/23 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Dining Room |
| J-7 | 3/23 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Kitchen |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| J-8 | 3/22 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Bar |
| J-9 | 3/28 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Office and Balcony (including safe with guns and currency) |
| J-10 | 3/28 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Guest Bathroom |
| J-11 | 3/27 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Laundry Room and Puff Bars |
| J-12 | 3/22 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Lazzaro's Bedroom |
| J-13 | 3/22 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Master Bathroom |
| J-14 | 3/28 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Master Closet |
| J-15 | 3/28 | X | X | Search warrant photos of Lazzaro's condo at Hotel Ivy – Guest Bedroom |
| J-16 | 3/22 | X | X | Photographs of Lazzaro's 2010 Red Ferrari coupe |
| J-17 | | | | |
| J-18 | 3/28 | X | X | Seized Puff Bars (physical exhibit) |
| J-18a | 3/28 | X | X | Photos of seized Puff Bars (Exhibit J-18) |
| J-19 | | | | Apple iPhone SE (model A1662), seized Lazzaro's condo (physical exhibit) |
| J-20 | 3/27 | X | X | Blackberry cellphone with 32 GB SD Card with IMEI: 015103000107958, seized from Lazzaro's condo (physical exhibit) |
| J-21 | 3/27 | X | X | Google Pixel 4A cellphone, Model G025 with IMEI 358118100229242 seized from Lazzaro's condo (physical exhibit) |
| J-22 | 3/28 | X | X | American Land Title Association Settlement Statement showing purchase of 201 S. 11th Street, #1920 Minneapolis, MN 55403 (Lazzaro's condo at Hotel Ivy) |
| **Lazzaro Seeking Arrangement (K)** | | | | |
| K-1 | 3/27 | X | X | Account Logs for Seeking Arrangement Profile ID 1328336 (July 2018 – March 2020) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| K-2 | 3/27 | X | X | Account Information for Seeking Arrangement Profile ID 1328336 |
| K-3 | 3/27 | X | X | Profile and Payment Information for Seeking Arrangement Profile ID 1328336 |
| K-4 | 3/27 | X | X | Profile Moderations for Seeking Arrangement Profile ID 1328336 profile moderations "I love to meet girls under 18-25 typically who are seeking a no BS sugar daddy experience with a generous guy" |
| K-5 | 3/28 | X | X | Profile Pictures for Seeking Arrangement Profile ID 1328336 |
| K-6 | 3/28 | X | X | Account Information for Seeking Arrangement Profile ID 26891016 |
| K-7 | 3/28 | X | X | Profile and Payment Information for Seeking Arrangement Profile ID 26891016 |
| K-8 | 3/28 | X | X | Profile Moderations for Seeking Arrangement Profile ID 26891016 |
| **Lazzaro Instagram and Snapchat Accounts (L)** | | | | |
| L-1 | 3/27 | X | X | October 19, 2020 Instagram profile for Lazzaro (@mplstony) including Snap handle ("tonygop") and photos |
| L-2 | | | | Subscriber information for Snapchat account "tonygop" created May 10, 2018, email address antonrr@gmail.com, phone number 310-487-3658, display name "Tony" (Lazzaro Snapchat "tonygop") |
| **Maps and Location Photos (M)** | | | | |
| M-1 | 3/27 | Demonstrative | | Victim Witness Locations Map |
| M-2 | | | | Hotel Ivy Map |
| M-3 | 3/22 | X | X | Hotel Ivy Photos |
| M-4 | 3/28 | X | X | Bella's House/Custom Cut & Color Map |
| **What's App Text Messages Lazzaro and Gisela Castro Medina (N)** | | | | |
| N-1 | | | | November 12, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "drive a Ferrari, fuck almost 200 girls, been to 20 countries..." (Axiom Extraction from Castro Medina's iPhone 11) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| N-2 | 3/23 | X | X | November 12, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "nick lucking" ... "Ask ... About ... Tatum/ellie ... 'Questioned'" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-3 | 3/23 | X | X | November 15, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "cops ellie stuff" "Fuck!" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-4 | 3/23 | X | X | November 15, 2020 What'sApp message from Lazzaro (larry parry) to Castro Medina (local user) "Push details on ellie/police" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-5 | 3/23 | X | X | November 15, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "needs to get info from ellie" "I can't even imagine what ellie told the cops" "she probs lied otherwise we'd be in trouble" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-6 | 3/23 3/31 | X | X | November 15, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) re Kira "broken girls love security" "she just found out I am 30 recently cuz Ben told her I'm 24" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-7 | 3/28 | | | November 16, 2020 What'sApp messages from Lazzaro (larry parry) to Castro Medina (local user) "people need hobbies and goals" "mine are ... make money .. fuck bitches" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-8 | 3/23 3/27 | Cond. X | X | November 16, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "she skinny?" "Daddy wants" "may I deflower her plz" "I make them good girls go bad" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-9 | | | | November 18, 2020 What'sApp message from Lazzaro (larry parry) to Castro Medina (local user) sending selfie (Axiom Extraction from Castro Medina's iPhone 11) |
| N-10a | | | | November 22, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) – Part 1 (Axiom Extraction from Castro Medina's iPhone 11) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| N-10b | | | | November 22, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) – Part 2 (Axiom Extraction from Castro Medina's iPhone 11) |
| N-11 | 3/23 | X | X | November 29, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "lmao I learn new teen words daily." "im 19" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-12 | 3/23 | X | X | ***Admitted by Defense Counsel* |
| N-13 | 3/23 3/27 | Cond. X | X | November 30, 2020 What'sApp messages from Lazzaro (larry parry) to Castro Medina (local user) "I would date her if she wasn't n like 23" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-14 | 3/23 3/27 | Cond. X | X | December 10, 2020 What'sApp messages between Lazzaro (larry parry) and Castro Medina (local user) "u can rail my friends and I can rail Adderall" "Tony is turning me into a drug runner" (Axiom Extraction from Castro Medina's iPhone 11) (redacted) |
| N-14a | | | | Audio file from Exhibit N-14 (Axiom Extraction from Castro Medina's iPhone 11) |
| N-15 | 3/23 | X | X | December 10, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "All ready for paige" "I was gonna ask what's my payment for this but then I realized I j got my tuition paid" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-16 | 3/23 | X | X | December 10, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "BOOF" "She just said that" "Define plz" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-17 | | | | December 11, 2020 What'sApp message from Lazzaro (larry parry) to Castro Medina (local user) sending photo "No+Rohypnol = Yes" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-18 | 3/23 | X | X | December 10, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "whats the opposite of 'gas'"?" "Kali used that" "I was very confused." (Axiom Extraction from Castro Medina's iPhone 11) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| N-19 | 3/23 | X | X | December 13, 2020 What'sApp messages between Castro Medina (local user) and Lazzaro (larry parry) "she has a date with everclear n my condo" (Axiom Extraction from Castro Medina's iPhone 11) |
| N-20 | 3/29 | X | X | August 10, 2020 What'sApp messages between Lazzaro and Charles Bittman regarding Emily and Chloe (Charles Bittman's iPhone) |
| N-20a | | | | Screenshots of original message chain from Exhibit N-20 with images – Part 1 (Charles Bittman's iPhone) |
| N-20b | 3/29 | X | X | Screenshots of original message chain from Exhibit N-20 with images – Part 2 (Charles Bittman's iPhone) |
| N-20c | 3/29 | X | X | Screenshots of original message chain from Exhibit N-20 with images – Part 3 (Charles Bittman's iPhone) |
| N-20d | 3/29 | X | X | Screenshots of original message chain from Exhibit N-20 with images – Part 4 (Charles Bittman's iPhone) |
| N-21 | 3/29 | X | X | August 15, 2020 What'sApp message between Lazzaro and Charles Bittman regarding "the fat one . . . and the shy one" (Charles Bittman's iPhone) |
| N-22 | 3/29 | X | X | October 3, 2020 What'sApp message between Lazzaro and Charles Bittman, "see why I use gisela/recruiters/sa?" (Charles Bittman's iPhone) |
| N-23 | 3/29 | X | X | June 24, 2020 photograph of Ellie, Tatum, and Elsa in lingerie on Lazzaro's bed (sent to Charles Bittman via What'sApp) |
| N-23a | | | | Screenshot of metadata for Exhibit N-23 (screenshot taken on March 28, 2023) |
| N-24 | 3/29 | X | X | June 24, 2020 video of Ellie, Tatum, and Elsa dancing in lingerie with Lazzaro asking, "Charles, do you like lingerie?" and laughing in the background (sent to Charles Bittman via What'sApp) |
| N-24a | | | | Video showing metadata and origin of N-24 (video taken on March 28, 2023) |
| N-24b | | | | Screenshot from N-24 showing Ellie |
| N-24c | | | | Screenshot from N-24 showing Tatum |
| N-25 | | | | "Anton Lazz" contact information (Charles Bittman's iPhone) (screenshot taken on March 28, 2020) |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| N-26 | | | | September 8, 2020 What'sApp message from Lazzaro to Charles Bittman sending Jeffrey Epstein indictment (Charles Bittman's iPhone) |
| N-27 | 3/29 | X | X | June 24, 2020, second photograph of Ellie, Tatum, and Elsa in lingerie on Lazzaro's bed from a different angle (sent to Charles Bittman via What'sApp) |
| N-27a | | | | Screenshot of metadata for Exhibit N-27 (screenshot taken on March 28, 2023) |
| N-28 | 3/29 | X | X | August 11, 2020 video of Emily and Chloe on Lazzaro's bed beneath the ceiling mirror (sent to Charles Bittman via What'sApp) |
| N-28a | | | | Screenshot of metadata for Exhibit N-28 (screenshot taken on March 28, 2023) |
| **Financial Records (O)** | | | | |
| O-1 | 3/24 | X | X | Lazzaro payments to Castro Medina (Bank Records) ($51,152.48) |
| O-2 | 3/23 | Cond. | 3/24 X | Lazzaro Venmo payments to Castro Medina (May 12, 2020 – August 11, 2021) ($9,289.83) |
| O-3 | 3/23 | Demonstrative | | Chart of additional benefits to Castro Medina |
| O-4 | 3/24 | X | X | Lazzaro Venmo payment for Malia's volleyball (July 6, 2021) |
| **Uber/Lyft Records (P)** | | | | |
| P-1 | 3/28 | X | X | Rideshare and Uber Eats Records Related to Gabbie (Minor Victim A) and Castro Medina |
| P-2 | 3/28 | X | X | Rideshare and Uber Eats Records Related to Emily (Minor Victim C), Chloe, Molly, and Bella |
| P-3 | 3/28 | X | X | Uber Eats Record Related to Ellie (Minor Victim B) and Tatum |
| P-4 | 3/29 | X | X | Rideshare Records Related to Malia |
| **Summary Charts (Q) (Demonstrative)** | | | | |
| Q-1 | 3/27 | Demonstrative | | Victim Summary Chart |
| Q-2 | | | | Sex Trafficking Conspiracy Players Chart |
| Q-3 | 3/27 | X | X | Counts Summary Chart |

| EXH. # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| Q-4 | | | | Photos of Emily (Minor Victim B), Molly, Bella, Chloe |
| Q-5 | | | | Victim Timeline |