# United States District Court
STATE AND DISTRICT OF MINNESOTA
Criminal No. 21-173 (PJS/DTS)

| UNITED STATES OF AMERICA | Defendant's Exhibit List |
|---|---|
| v. | (March 2023) |
| ANTON JOSEPH LAZZARO | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Patrick J. Schiltz, Chief United States District Court Judge | Laura M. Provinzino, AUSA<br><br>Emily A. Polachek, AUSA<br><br>Melinda A. Williams, AUSA | Daniel L. Gerdts, Esq.<br><br>Thomas Beito, Esq. |
| TRIAL DATE(S)<br>21 March 2023 | COURT REPORTER<br>Paula Richter | COURTROOM DEPUTY<br>Caryn Glover |

| Def. NO. | | | | | | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | | | 3/23 | Frontier Airlines Purchase Confirmation for Gisela Castro Medina Flight 462, Denver to Minneapolis for 8/20/2020 |
| 2 | | | | | 3/23 | 6 December 2020 WhatsApp Messaging between Castro Medina and Lazzaro |
| 3 | | | | | 3/27 | Message string between Gabbie and Lazzaro |
| 4 | | | | | | |
| 5 | | | | | 3/27 | Cellebrite Report of 30 September 2020 message string between Estella and Stella (with emojis). |
| 6 | | | | | 3/27 | Cellebrite report of 24 September 2020 message string between Estella and Stella. |
| 7 | | | | | 3/28 | Uber Eats record for Tony from McDonald's on 13 May 2020, |
| 8 | | | | | | Summary Chart of Castro Medina-Lazzaro Introductions |