| UNITED STATES DISTRICT COURT | USCA8 NO. |
|:---:|:---:|
| DISTRICT OF MINNESOTA | _____ |

## NOTICE OF APPEAL

| United States of America, | * | |
| | * | |
| Plaintiff, | * | Criminal No. 21-173 (PJS/DTS) |
| | * | District Court Docket Number |
| vs. | * | |
| | * | |
| Anton Joseph Lazzaro, | * | Patrick J. Schiltz, |
| | * | Chief District Court Judge |
| Defendant. | * | |

Notice is hereby given that Defendant Anton Joseph Lazzaro appeals to the United States Court of Appeals for the Eighth Circuit from the conviction and sentence imposed on 9 August 2023, and set forth in the Judgment entered on the same day, as well as from the Order denying Defendant's motion for a new trial, entered on 5 September 2023.

s/ *Daniel L. Gerdts*                                  Dated: 15 September 2023
Signature of Defendant's Counsel

Daniel L. Gerdts, Lawyer
331 Second Avenue South, Suite 705
Minneapolis, MN 55401

---

### TRANSCRIPT ORDER FORM
To Be Completed by Attorney for Appellant

---

Transcripts to be ordered separately and filed on ECF.