UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173(1) PJS/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| ANTON JOSEPH LAZZARO, | **CERTIFICATE OF SERVICE BY CERTIFIED MAIL** |
| Defendant, | |
| and | |
| SPIRE CREDIT UNION, | |
| Garnishee. | |

The undersigned hereby certifies that on December 28, 2023, I served a copy of the attached via certified mail:

> Writ of Continuing Garnishment, Application for Writ of Garnishment, Clerk's Notice of Post-Judgment Garnishment and Claim for Exemption Form

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope in the United States Mail at Minneapolis, Minnesota.

Address:

| | |
|---|---|
| Spire Credit Union<br>2025 Larpenteur Ave. W.<br>Falcon Heights, MN 55113 | Steven L. Kessler, Esq.<br>500 Mamaroneck Avenue, Suite 320<br>Harrison, NY 10528-1600 |

_____
Erin M. Secord, AUSA