Dear Chief Judge Schiltz:

I hope this letter finds you well.
I am contacting you with respect to the Government's motion to garnish my bank account that was submitted to your Court last week.

At this time, I am not represented in the matter of restitution. Mr. Kessler nor Mr. Gerdts or Mr. Beito are able to assist me with this matter. I am therefore contacting you to express my intent to cooperate with all restitution orders immediately per the Court's Order a few months ago, regardless of pending appeal.

As you know, Your Honor ordered a $25-250 quarterly payment. I have already begun making payments from my BOP commissary account (which was in the negative at the time of the most recent payment) and plan on continuing to make all needful payments as required by the Court.

The Government however has recently placed liens on my investment properties and bank accounts. I do not hold all the equity in these properties and have partners. Yet this has not stopped the Government in their aggressive attempts to seize virtually all my assets with instant effect.

Additionally, the Government refused to return my vehicle (in which Your Honor did not order forfeited of course) that I intended to sell to pay legal fees - in order to ensure its availability in a civil case.

I have been nothing but transparent with my assets and never made any efforts whatsoever to place a penny in trust or "hidden". As you noted in my detention objection, I have had ample opportunities to flee or shelter assets and have continued to fight my case nine months before, and after my arrest. My condominium was deeded to Kira because she was denied access to the building after being evicted following the Government's relentless harassment of anyone connected to me in any possible way for no fathomable reasoning.

I am respectfully asking Your Honor to allow me to continue making the payments - per your Order - and prevent the Government from their ongoing aggressive behavior in pursuit of all my resources.

Should my appeal not be successful, a monthly payment of approximately $1500 would pay the restitution by the conclusion of my sentence. This would be substantially ahead of most federal criminal defendants exiting the BOP. I have also indicated I planned to pay the $30,000 assessment payment immediately, but must liquidate my interest in properties and pay my attorneys to do this.

I sincerely thank you for your attention to this matter.

Happy New Year.

Respectfully,

/s/ Anton J. Lazzaro