Dear Judge Schiltz,

I am writing you regarding the government's recent filing (logged as ECF 560) responding to Anton Lazzaro's letter, ECF 549. I earnestly appreciate your attention to this important matter.

The last few months, the USAO has engaged in very aggressive conduct and continues to mislead the court.

Tony and I have both been the subject of countless bank subpoenas since 2021. After almost every one of these subpoenas, this instantly caused the relevant bank to terminate the account as a precautionary compliance measure.

In the last few weeks alone, these efforts have forcefully continued. Attached, you will find just two of these served on me, NOT Tony's accounts, directly by AUSA Secord.

At the moment, Tony does not even have a bank checking account whatsoever due to the government's relentless efforts.

In the government's recent filing, they make a few claims easily debunked:

(1) Tony is not represented in the forfeiture matter. Please see attached email from Mr. Kessler that confirms this as fact.

(2) Tony has fully cooperated to make MORE than the required payments by Your Honor. The District Court case cited by AUSA Secord suggests it is the government's role to intervene after a "failure to comply" (Quinn v. United States). There has been absolutely no failure to comply here. Quite rather, the opposite is more than apparent.

We are currently unable to even make mortgage payments on these properties because of the endless subpoenas by the government on accounts totally irrelevant to this case or Tony. (One was an account my grandmother opened for me years ago and the subpoena notice was sent to her home last week, another is a North Carolina company he is not even a shareholder of).
Please see attached bank notice relevant to the NC properties cited by the government.

(3) Coincidentally, just last week as well, the Star Tribune covered AUSA Secord's recent strategy in collecting *past-due* restitution from a convicted felon connected to the Hecker case:
https://startribune.com/us-attorney-says-minnesota-denny-hecker-ex-wife-christi-rowan-failed-to-pay-restitution/600332438/?clmob=y&c=n&clmob=y&c=n

In that case, the defendant hasn't paid $8,000 in restitution ordered 13 years ago and therefore faces fresh USAO action. (Not to mention the original offense was hiding Hecker's assets from the government).

This is of course similar to Jordan Belfort's famous non-payment as well while making millions in public speaking engagements:
https://www.investmentnews.com/industry-news/news/jordan-belfort-wolf-of-wall-street-falling-behind-on-restitution-74275#:~:text=At%20his%20sentencing%20in%202003,Belfort%20must%20meet%20his%20obligations.

The distinction between these cases and this one are abundantly apparent.

(4) The Ferrari was also clearly denied being returned by the government per their own email attachment - even when requested to sell it to pay legal fees. The suggestion no "formal demand" was made (ECF 560 at 4) is disingenuous as counsel clearly immediately asked to retrieve the vehicle (largely to pay outstanding legal fees to Mr. Kessler) just hours after sentencing.

(5) The government stated that alleged victims deserve "timely restitution" (ECF 560 at 4). Almost the entirety of the restitution is for one individual's requested psychological therapy appointments. A $1,500.00 monthly payment (10x the court's order) easily satisfies this need on a monthly basis. The seizing of multiple investment properties is beyond an excessive action to be taken to ensure the needful payments are made.

Should the payments not be made, the government could then of course raise those claims in the future.

Tony and I have continually shown full good faith in these proceedings and all orders. We do not hide assets or disregard court orders.

We respectfully ask the court's assistance in preventing this extremely harassing conduct by the government to continue.
Thank you.

Sincerely yours,
Kira Costal