# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3098

United States of America

Appellee

v.

Anton Joseph Lazzaro, also known as Tony Lazzaro, also known as Tony

Appellant

No: 23-3411

United States of America

Appellee

v.

Anton Joseph Lazzaro, also known as Tony

Appellant

------

Appeals from U.S. District Court for the District of Minnesota
(0:21-cr-00173-PJS-1)

------

## MANDATE

In accordance with the opinion and judgment of February 25, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

May 13, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit